174 A.3d 521

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMA-NENCY, PLAINTIFF–RESPONDENT, v. M.P., DEFENDANT–PETI-TIONER, IN THE MATTER OF A.P., A MINOR–RESPONDENT.

C–136 September Term 2017
079059

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000556–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.